Appendix A

April 1, 2014 Google Earth Aerial Photo



January 28, 2019 Google Earth Aerial Photo

