Appendix B



**DESCRIPTION:**

A PARCEL OF LAND LYING IN SECTIONS 22 AND 23, TOWNSHIP 34 SOUTH, RANGE 19 EAST, MANATEE COMMENCE COUNTY, FLORIDA, BEING DESCRIBED AS FOLLOWS:

AT THE SOUTHEAST CORNER OF SAID SECTION 22; THENCE N 89°08'39" W, ALONG THE SOUTH LINE OF SAID SECTION 22, A DISTANCE OF 1127.23 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE, N 89°08'39" W, ALONG SAID SOUTH LINE A DISTANCE OF 197.63 FEET; THENCE N 89°12'23" W, A DISTANCE OF 1325.57 FEET TO THE SOUTH 1/4 CORNER OF SAID SECTION 22;

THENCE N 00°37'11" E, ALONG THE WEST LINE OF THE EAST 1/2 OF SAID SECTION 22, A DISTANCE OF 2850.00 FEET; THENCE S 89°59'58" , A DISTANCE OF 2682.96 FEET; THENCE S 39°59'27" E, A DISTANCE OF 241.57 FEET; THENCE N 82

S39°29'23" E, A DISTANCE OF 2112.6 FEET TO AN INTERSECTION WITH THE NORTHEASTERLY RIGHT OF WAY LINE OF RYE ROAD; THENCE S 50°18'20" W, ALONG SAID NORTHWESTERLY RIGHT OF WAY LINE, A DISTANCE IN OFFICIAL RECORDS BOOK 279, AT PAGE 1846 OF THE PUBLIC RECORDS OF MANATEE COUNTY, AS

FLORIDA THE FOLLOWING EIGHTEEN (18) COURSES: (1) N 33°14'08" W, A DISTANCE OF 47.15 FEET; (2) S 80°36'39" W, A DISTANCE OF 22.72 FEET; (3) S 08°38'31" W, A DISTANCE OF 57.50 FEET; (5) S 22.F ET; (8) N 08 DISTANCE 46.96 FEET; N 911 DISTANCE 37.04 FEET; (6) N 73°17'53" W, A DISTANCE OF 9.90 FEET; (7) N 39 N16°53'22" E, A DISTANCE OF 25.44 FEET; (11) S 89°08'46" W, A DISTANCE OF 1266.65 FEET; (12) S 20°32'2.9" W, A DISTANCE OF 50.03 FEET; (13) S 65 (14) 02.00 E 18 56'05" W, A DISTANCE OF 50.27 FEET; (16) S 18°50'14" W, A DISTANCE OF 50.02 FEET; (17) S 83°46'47" W, A DISTANCE OF 38.34 FEET; (18) S 01°07'36" W, A DISTANCE OF 39.11 FEET TO THE POINT OF BEGINNING.

CONTAINING 233.25 ACRES, MORE OR LESS.

**NOTES:**

1. SECTION 22, TOWNSHIP 34 SOUTH, RANGE 19 EAST, HAVING A BEARING OF N 89°08'39" W. THESE BEARINGS ARE BASED ON THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SOUTHEAST QUARTER OF BEARINGS ARE BASED ON THE FLORIDA STATE PLANE COORDINATE GRID (WEST ZONE) NAD 8390 AND ARE DERIVED FROM THE MANATEE COUNTY CORS STATION "MANATEE G STROOP CORS ARP" (PID DL7628).

2. TITLE INFORMATION IS BASED ON OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY COMMITMENT NUMBER 15-2013-000155I WITH AN EFFECTIVE DATE OF MARCH 1 2013.

3. THIS SURVEY WAS UNDERTAKEN USING A TRIMBLE R8 GPS IN REAL TIME KINEMATIC MODE BASED ON FOUND EVIDENCE ESTABLISHED DURING THE MANATEE COUNTY 1988 GIS SURVEY. REDUNDANCY WAS ACHIEVED BY MULTIPLE OCCUPATIONS OF POINTS DURING VARYING SATELLITE CONFIGURATIONS.

4. THERE MAY BE PORTIONS OF THIS PARCEL WHICH MAY BE TERMED JURISDICTIONAL BY VARIOUS GOVERNMENT AGENCIES. THESE POSSIBLE JURISDICTIONAL AREAS HAVE NOT BEEN DEALT WITH AS PART OF THIS SURVEY.

5. THIS PARCEL LIES IN FLOOD ZONE X AS SHOWN ON FIRM PANEL #120153-0220-C AND FIRM PANEL #120153-0360-C WITH AN EFFECTIVE DATE OF JUNE 30 1999.

**LEGEND:**

**CERTIFIED TO :**
D.R. HORTON, INC. A DELAWARE CORP.

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY
AKERMAN SENTERFITT

233.25 ACRES

**BOUNDARY SURVEY**
OF
**PARCEL OF LAND**
LOCATED IN
**SECTIONS 22 & 23, TOWNSHIP 34 SOUTH, RANGE 19 EAST**
**MANATEE COUNTY, FLORIDA**



A PARCEL OF LAND LYING IN SECTIONS 22 AND 23, TOWNSHIP 34 SOUTH, RANGE 19 EAST, MANATEE COUNTY, FLORIDA. BEING DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHEAST CORNER OF SAID SECTION 22; THENCE N 89°08'39" W, ALONG THE SOUTH LINE OF SAID SECTION 22, A DISTANCE OF 1127.23 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE, N 89°08'39" W, ALONG SAID SOUTH LINE, A DISTANCE OF 197.63 FEET; THENCE N 89°12'23" W, A DISTANCE OF 1325.57 FEET TO THE SOUTH 1/4 CORNER OF SAID SECTION 22; THENCE N 00°37'11" E, ALONG THE WEST LINE OF THE EAST 1/2 OF SAID SECTION 22, A DISTANCE OF 2850.00 FEET; THENCE S 89°59'58" E, A DISTANCE OF 2682.36 FEET; THENCE S 39°59'27" E, A DISTANCE OF 241.57 FEET; THENCE N 82°57'16" E, A DISTANCE OF 175.72 FEET; THENCE S 39°29 '23" E, A DISTANCE OF 2112. 60 FEET TO AN INTERSECTION WITH THE NORTHWESTERLY RIGHT OF WAY LINE OF RYE ROAD; THENCE S 50°18'20" W, ALONG SAID NORTHWESTERLY RIGHT OF WAY LINE, A DISTANCE OF 1653.34 FEET; THENCE ALONG THE NORTHERLY LINE OF A PARCEL OF LAND AS DESCRIBED IN OFFICIAL RECORD BOOK 2279, PAGE 7846 OF THE PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA THE FOLLOWING EIGHTEEN (18) COURSES: (1) N 33°14'08" W, A DISTANCE OF 47.15 FEET; (2) S 80°36'39" W, A DISTANCE OF 22.72 FEET; (3) S 08°38'31" W, A DISTANCE OF 57.50 FEET; (4) N 64°37'11" W, A DISTANCE OF 44.96 FEET; (5) N 63°36'00" W, A DISTANCE OF 51.47 FEET; (6) N 73°17'53" W, A DISTANCE OF 9.90 FEET; (7) N 39°30'10" W, A DISTANCE OF 85.22 FEET; (8) N 08°31'23" E, A DISTANCE OF 46.95 FEET; (9) N 11°05'49" W, A DISTANCE OF 37.34 FEET; (10) N 16°53'22" E, A DISTANCE OF 25.44 FEET; (11) S 89°08'46" W, A DISTANCE OF 1266.65 FEET; (12) S 20°32'29" W, A DISTANCE OF 50.03 FEET;

(13) S 65°56'05" W, A DISTANCE OF 50.27 FEET; (14) S 02°56'00" E, A DISTANCE OF 20.18 FEET; (15) S 43°36'03" W, A DISTANCE OF 46.48 FEET; (16) S 18°50'14" W, A DISTANCE OF 50.02 FEET; (17) S 23°46'18" W, A DISTANCE OF 32.31 FEET; (18) S 01°07'36" W, A DISTANCE OF 39.11 FEET TO THE POINT OF BEGINNING.

CONTAINING 233.25 ACRES, MORE OR LESS.